# Court of Appeals
# of the State of Georgia

ATLANTA,   May 10, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1682. EVERITTE QUARLES v. THE BANK OF NEW YORK MELLON.**

Everitte Quarles filed a notice of appeal to this Court from a writ of possession entered by the Magistrate Court of Fulton County. Under OCGA § 15-10-41 (b) (1), however, appeals from magistrate court judgments must be taken to the state or superior court. See *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991) ("The only avenue of appeal available from the magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court."). Jurisdiction over Quarles's appeal, therefore, lies below.

The Georgia Constitution requires that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." 1983 Ga. Const., Art. VI, Par. I, Sec. VIII; *Bosma v. Gunter*, 258 Ga. 664 (373 SE2d 368) (1988). Accordingly, this appeal is TRANSFERRED to the Superior Court of Fulton County for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/10/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*